# CASES REPORTED WITH BRIEF SYLLABI

AND

## DECISIONS HANDED DOWN WITHOUT OPINION.

---

### FIRST DEPARTMENT, JULY, 1915.

ALICE CHATFIELD, Respondent, *v.* JOSEPH BUEHLER, JR., and Others, Appellants.

Appeal from an order of the Supreme Court, entered in the Bronx county clerk's office on the 15th day of March, 1915, denying a motion for a bill of particulars.

PER CURIAM: The order appealed from is modified so as to require plaintiff, so far as she is able, to give a bill of particulars of the following items of the defendant's demand: Second, third, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, fifteenth, sixteenth, seventeenth, twenty-fourth and twenty-sixth; and as so modified affirmed, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.